UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| THE HOMESOURCE, CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Action No. 1:19-mc-00006 |
| RETAILER WEB SERVICES, LLC, and JOHN DOES 1-3, | ) ) ) ) |
| Defendants. | ) ) |

## NON-PARTY NATIONWIDE'S MOTION TO QUASH SUBPOENA FOR DOCUMENTS AND FOR PROTECTIVE ORDER

Non-party Nationwide Marketing Group, LLC ("Nationwide"), by counsel, and upon the accompanying brief and supporting declaration of counsel, including certification of compliance with LR 37.1, moves the Court for an Order to quash the subpoena for documents issued by Plaintiff The HomeSource Corp. pursuant to Federal Rule of Civil Procedure ("Rule") 45(d)(3). In the alternative, Nationwide requests that the Court enter a protective order and specify conditions on any production of documents ordered by the Court pursuant to Rules 26(c) and 45(d)(3).

Dated: January 21, 2019         Respectfully submitted,

                                /s/ Timothy Nerhood
                                N.C. Bar No. 25432

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, I served a copy of the foregoing Motion to Quash Subpoena for Documents and Motion for Protective Order with the Clerk of Court via email and via US Mail upon the following:

Alexis Arena
Eric Clendening
FLASTER/GREENBERG
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Alexis.Arena@flastergreenberg.com

Alexis Arena
Eric Clendening
FLASTER/GREENBERG
Commerce Center
1810 Chapel Avenue West
Cherry Hill NJ, 08002

*Attorneys for The HomeSource, Corp.*

/s/ Timothy Nerhood
N.C. Bar No. 25432